UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARVEY KESNER,

           Plaintiff,

-against-

HAYNES AND BOONE, LLP and
TERRY CONNER,

           Defendants.

Civil Action No. 10 CV 4009 ()

ECF Case

## DECLARATION OF KENNETH BEZOZO IN SUPPORT OF THE MOTION TO DISMISS BY HAYNES AND BOONE, LLP AND TERRY CONNER

KENNETH BEZOZO declares pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm Haynes and Boone, LLP ("HB"). I make this declaration on personal knowledge and in support of the Motion to Dismiss by HB and Terry Conner.

2. I am a citizen of the State of New Jersey, and I reside at 42 Woodfield Drive, Short Hills, New Jersey 07078.

3. Attached hereto as Exhibit A is a true and correct copy of the Complaint in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 7, 2010.

_____
Kenneth Bezozo

653546